UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.   Case No. 8:03-cr-77-T-30TBM

**SAMI AMIN AL-ARIAN, et al.**
_____

### ORDER

This cause came on for consideration without oral argument upon Motion of Media General Operations for Leave to Intervene and for Access to Transcript and to All Future Hearings (Dkt. #1242). Security personnel closed the hearing in question on June 28, 2005, without the knowledge or authorization of the Court. That afternoon, the Court was notified of the error and authorized any member of the public to obtain a copy of the transcript upon ordering it from the court reporter. Therefore, the Court determines this issue is moot.

It is therefore

ORDERED AND ADJUDGED that Motion of Media General Operations for Leave to Intervene and for Access to Transcript and to All Future Hearings (Dkt. #1242) is DENIED as MOOT.

**DONE** and **ORDERED** in Tampa, Florida on July 5, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2003\Al-Arian\03-cr-77.Deny 1242.frm