**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

v.   Case No. 8:03-cr-77-T-30TBM

**SAMI AMIN AL-ARIAN, et al.**
_____

# ORDER

This cause came on for consideration upon the Motion of Media General Operations for Access to Completed Juror Questionnaires (Dkt. #1471). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. The Motion of Media General Operations for Access to Completed Juror Questionnaires (Dkt. #1471) is GRANTED.

2. Jury Services is directed to redact personal information (such as information regarding medical conditions) from the juror questionnaires. Redacted copies will be available through Jury Services.

**DONE** and **ORDERED** in Tampa, Florida on December 14, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record
Jury Services Administrator